**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Sandra Skivington

          Debtor(s)

**BK NO. 18-00146 MJC**

**Chapter 13**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and index same on the master mailing list.

      Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
06 Apr 2023, 16:26:15, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      215-627-1322