| | |
|---|---|
| In re: | Case No. 18-00146-MJC |
| Sandra Skivington | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Skivington, 15 Matthewson Terrace, Factoryville, PA 18419-2428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com |
| Celine P DerKrikorian | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Charles G. Wohlrab | on behalf of Creditor LSF9 Master Participation Trust bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Eugene J. Doud | on behalf of Debtor 1 Sandra Skivington ejdoud@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin Buttery | on behalf of Creditor LSF9 Master Participation Trust kbuttery@rascrane.com |

| | |
|---|---|
| Mario John Hanyon | on behalf of Creditor LSF9 Master Participation Trust pamb@fedphe.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust mfarrington@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor LSF9 Master Participation Trust smncina@raslg.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sandra Skivington,        Chapter    13

**Debtor 1**

Case No.    5:18−bk−00146−MJC

Social Security No.:
        xxx−xx−1014

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 12, 2023

**fnldec** (01/22)